Douglas R. Young (State Bar No. 073248)
dyoung@fbm.com
Alexander M. Porcaro (State Bar No. 281185)
aporcaro@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
ROBERT NG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT NG,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HAO JI TANG, formerly known as JOSEPH HOKAI TANG,<br><br>　　　　　Defendant. | Case No. C-14-4070 EDL<br><br>[PROPOSED] **JUDGMENT** |

　　　　WHEREAS, on October 28, 2014, Defendant HAO JI TANG (formerly known as JOSEPH HOKAI TANG) was personally and properly served with a copy of the Summons and Complaint in this action;

　　　　WHEREAS, Defendant failed to answer the Complaint or appear and defend the action within the time allowed by law;

　　　　WHEREAS, Defendant's default was entered by the Court Clerk on November 21, 2014 upon the application of Plaintiff Robert Ng;

JUDGMENT
Case No. C-14-4070 EDL

1   WHEREAS, pursuant to Federal Rule of Civil Procedure 55(b)(1), Plaintiff seeks a
2   default judgment against Defendant for a sum that can be made certain by computation; and
3   WHEREAS, the Court Clerk having reviewed the pleadings and papers filed in the above-
4   entitled action and considered the written declarations, documents and other evidence offered in
5   support of a default judgment, and good cause appearing therefore,
6   **JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff ROBERT NG and against
7   Defendant HAO JI TANG, formerly known as JOSEPH HOKAI TANG, in the total sum of
8   $382,756.64, representing monetary relief of $210,750.00, plus prejudgment interest thereon of
9   $172,006.64, as calculated pursuant to California Civil Code Section 3289(b) at the statutory rate
10  of 10 percent per annum from October 13, 2006 to December 9, 2014.

*Richard W. Wieking*

Dated:  December 9, 2014

For RICHARD W. WIEKING
CLERK OF THE U.S. DISTRICT COURT

30356\4673930.1

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

JUDGMENT
Case No. C-14-4070 EDL

- 2 -